**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7791**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRI DIANNE NEWMAN,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Timothy M. Cain, District Judge. (7:16-cr-00705-TMC-8)

Submitted: May 20, 2021                    Decided: May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terri Dianne Newman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terri Dianne Newman appeals the district court's order denying her motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we deny Newman's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Newman*, No. 7:16-cr-00705-TMC-8 (D.S.C. Oct. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*